923 A.2d 1099

**Keith R. WATTERSON, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

May 1, 2007.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is GRANTED, and the order of the Commonwealth Court is REVERSED pursuant to *Alexander v. PennDOT*, 583 Pa. 592, 880 A.2d 552 (2005), and *McGrory v. PennDOT*, 591 Pa. 56, 915 A.2d 1155 (2007). Jurisdiction relinquished.